JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA BIGLANG-AWA CASTRO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>P.F. CHANG'S CHINA BISTRO, INC., a Delaware corporation; and DOES 1-10, inclusive<br><br>Defendant. | Case No. 2:20-cv-05765-MWF-GJS<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Sheila Biglang-Awa Castro ("Plaintiff") and P.F. Chang's China Bistro, Inc. ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  January 25, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE